6-638715

UNITED STATES DISTRICT COURT<br>
FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br>
PHILADELPHIA DIVISION

```
-----------------------------------------------------)
MAERSK INC., as agents for                           )
A.P. MOLLER-MAERSK A/S,                               )
                                                     )
                            Plaintiff,               )          CIVIL COMPLAINT
                                                     )          IN ADMIRALTY
               - against -                           )
                                                     )
A-1 SPECIALIZED SERVICES &                           )
SUPPLIES, INC. ,                                     )
                                                     )
                            Defendant.   )
-----------------------------------------------------)
```

Plaintiff, MAERSK INC., as agents for A.P. MOLLER-MAERSK A/S, by its attorneys the LAW OFFICES OF PATRICK G. MURPHY, as and for its Complaint against defendant A-1 SPECIALIZED SERVICES & SUPPLIES, INC., in personam, in a cause of action civil and maritime, alleges upon information and belief:

1.  This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and the Shipping Act of 1984, as Amended, 46 U.S.C. App. Section 1701, et seq.

2.  At all times hereinafter mentioned, plaintiff, MAERSK INC., as agents for A.P. MOLLER-MAERSK A/S was and still is a corporation organized and existing under the laws of the State of Delaware, with offices and a place of business at 9300 Arrowpoint Blvd., Charlotte, NC 28273.

3.  Upon information and belief and at all times hereinafter mentioned, defendant had and now has the legal status and place of business at

set forth in Schedule A.

    4.  On or about the dates and at the ports of shipment stated in Schedule A, certain goods were delivered to plaintiff to be carried to the ports of destination.

    5.  Thereafter, the said goods were transported to the ports of destination and delivered to the defendant and/or its agents.

    6.  Defendant, as consignee on the Bills of Lading, was responsible to remove the containers within the available free time from the port of destination, but failed to do so, incurring demurrage charges, and also had Multi Stop Service charges, in the amount of $16,285.57, as set forth in Schedule A, hereto.

    7. Plaintiff has performed all acts required to be performed by plaintiff.

    8.  Defendant has failed and refused and continues to fail and to refuse to remit payment of $16,285.57, although duly demanded.

    9.  By reason of the foregoing, plaintiff has sustained damages in the amount of $16,285.57 which, although duly demanded, have not been paid.

    WHEREFORE, plaintiff prays:

    1.  For judgment in the amount of plaintiff's damages, together with interest thereon from the respective dates due, costs, disbursements, and reasonable attorney's fees.

    2.  That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3.  That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated:  Blue Bell, Pennsylvania
        February 5, 2104

LAW OFFICES OF PATRICK G. MURPHY

By_____

Patrick G. Murphy
Attorneys for Plaintiff
MAERSK INC., as agents for
A.P. MOLLER-MAERSK A/S
350 Sentry Parkway
Building 640, Suite 100
Blue Bell, PA  19422
(215) 643-6500

OF COUNSEL:
LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

SCHEDULE A

I. Defendant's status & address:

    A. Upon information and belief and at all times hereinafter mentioned, defendant A-1 SPECILAIZED SERVICES & SUPPLIES, INC. was and still is a Ccorporation organized and existing under the Laws of the State of Pennsylvania, with offices and a place of business at 2707 State Road, Crodon, PA.19021-0270.

II. Details of shipment(s):

    1. Bill of Lading 555771576 dated 1/13/13 (Ex. A), and demurrage Invoice No. 5245373421 of 3/8/13 for $2,470.00 (Ex. B)

Amount Paid: $0                    Amount Due: $2,470.00

    2. Bill of Lading 555708766 of 12/20/11 (Ex. C), and Invoice No. 5245874657 of 7/12/12 for Multi Stop Service totalling $442.57 (Ex. D), and Invoice No. 5246493800 of 12/19/12 for demurrage totalling $2,470.00 (Ex. E).

Amount Paid: $0                    Amount Due: $2,912.57

    3. Bill of Lading 863752096 dated 4/8/12 (Exhibit F), and Invoice No. 5245934961 of 7/27/12 for Multi Stop Service totalling $683.00 (Ex. G), and Invoice No. 5245997992 of 8/14/12 for demurrage charges totalling $10,220.00 (Ex. H.)

Amount Paid: $0                    Amount Due: $10,903.00

III.  TOTAL AMOUNT DUE: $16,285.57

# MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

SCAC  MAEU

B/L No. 555771576

| Shipper | Booking No. |
| --- | --- |
| AWADA TRADING CO ATC<br>BEALBAK DOURIS MAIN ROAD<br>KIA MOTORS BLG GR FLR<br>Beirut<br>1<br>Lebanon | 555771576 |

Export references
H00632

Svc Contract

**Consignee**
A1 SPECIALIZED SERVICES
Croydon
PA
19021
United States
270

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).     To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

**Notify Party**
JOHN A STEER AND COMPANY
331 MAIN STREET METUCHEN, NJ 08840
TEL : 732-205-8283
FAX : 732-205-8328

Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward Inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
| --- | --- | --- |
| MAERSK MISSOURI | 1202 | |
| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
| Jebel Ali Dubai | Newark | Croydon |

**PARTICULARS FURNISHED BY SHIPPER**

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
| --- | --- | --- |
| | 15800.000 KGS | 34.0000 CBM |
| 1 Container Said to Contain 4500 PIECES<br><br>SCRAP CATALYTIC CONVERTERS<br><br>PONU0643091  ML-AE1292656  20 DRY 8'6  4500 PIECES  15800.000 KGS  34.0000 CBM<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT<br>FREIGHT COLLECT<br>CY/SD | | |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
| --- | --- | --- |
| 1 container | Charlotte | |
| Shipped on Board Date ( Local Time ) | Date Issue of Waybill | |
| 2011-12-16 | 2012-01-13 | |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$ | | |

Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line

Maersk Agency U.S.A., Inc - Charlotte CRC
As Agent(s) for the Carrier

EXHIBIT "A"

# ★ MAERSK LINE

| | **NON-NEGOTIABLE WAYBILL** | SCAC MAEU |
|---|---|---|
| | | B/L No. 555771576 |

**Shipper**
AWADA TRADING CO ATC
BEALBAK DOURIS MAIN ROAD
KIA MOTORS BLG GR FLR
Beirut
1
Lebanon

Booking No.
555771576

Export references
H00632

Svc Contract

**Consignee**
A1 SPECIALIZED SERVICES
Croydon
PA
19021
United States
270

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).    To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

**Notify Party**
JOHN A STEER AND COMPANY
331 MAIN STREET METUCHEN, NJ 08840
TEL : 732-205-8283
FAX : 732-205-8328

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel MAERSK MISSOURI | Voyage 1202 | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| Port of Loading Jebel Ali Dubai | Port of Discharge Newark | Place of Delivery. Applicable only when document used as Multimodal Waybill Croydon |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 4500 PIECES<br><br>SCRAP CATALYTIC CONVERTERS<br><br>PONU0643091  ML-AE1292656   20 DRY 8'6  4500 PIECES  15800.000 KGS  34.0000 CBM<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT<br>FREIGHT COLLECT<br>CY/SD | 15800.000 KGS | 34.0000 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1300.00 | Per Container | USD | | 1300.00 |
| Inland Haulage Import | 460.00 | Per Container | USD | | 460.00 |
| Bunker Adjustment Factor | 410.00 | Per Container | USD | | 410.00 |
| Submission of Cargo Declarat | 25.00 | Per Bill of Lading | USD | | 25.00 |
| Handling Charge - Destinatio | 390.00 | Per Container | USD | | 390.00 |
| Equipment Management Fee | 15.00 | Per Container | AED | | 15.00 |
| Emergency Risk Surcharge | 100.00 | Per Container | USD | | 100.00 |
| Import Intermodal Fuel Surch | 104.00 | Per Container | USD | | 104.00 |

| Carrier's Receipt. Total number of containers or packages received by Carrier. 1 container | Place of Issue of Waybill Charlotte | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
|---|---|---|
| Shipped on Board Date ( Local Time ) 2011-12-16 | Date Issue of Waybill 2012-01-13 | |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$ | | |

Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line

Maersk Agency U.S.A., Inc - Charlotte CRC
As Agent(s) for the Carrier

This transport document has one or more numbered pages

B/L: 555771576                     Page : 2

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Documentation Fee – Origin | 300.00 | Per Bill of Lading | AED | | 300.00 |
| Handling Charge - Origin | 793.00 | Per Container | AED | | 793.00 |
| Port Security Charge - Import | 5.00 | Per Container | USD | | 5.00 |
| Peak Season Surcharge | 300.00 | Per Container | USD | | 300.00 |
| Carrier Security Charge | 9.00 | Per Container | USD | | 9.00 |
| Suez Transit Fee | 25.00 | Per Container | USD | | 25.00 |
| | | | | | |
| Total AED | | | AED | | 1108.00 |
| | | | | | |
| Total USD | | | USD | | 3128.00 |



MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

**Original**

## DETENTION INVOICE Number: 5245373421

| | | | |
|---|---|---|---|
| Bill to : | A1 SPECIALIZED SERVICES<br>PO Box 270<br>CROYDON PA 19021 | Invoice Date:<br>Due Date: | 03-08-2012<br>03-08-2012 |
| | | Payment terms: | Payable immediately |
| Attention to: | DET/DEM ACCOUNTS PAYABLE | | |
| On behalf of : | A1 SPECIALIZED SERVICES<br>PO Box 270<br>CROYDON PA 19021 | Our Contact:<br>Our Telephone: | Gaither, Brunetta<br>1-800-768-8714 |
| Customer No: | USS4018333 | | |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

| Total Amount Due | | | Total(USD) |
|---|---|---|---|
| **Condition** | **Rate** | **Base Value** | 2,470.00 |
| Net value | | | 0.00 |
| 0% Non EU services VAT | 0.00 % | 2,470.00 | |
| **Amount Due** | | | **2,470.00** |

**Bill of Lading Number: 555771576**

| Origin | Destination | | Vessel | | Voyage |
|---|---|---|---|---|---|

| Description | Container | Type | Start | End | Qty | UoM | ROE | Total(USD) |
|---|---|---|---|---|---|---|---|---|
| Freetime | | | 01-11-2012 | 01-18-2012 | 0 | | | |
| Detention Fee - Import | PONU0643091 | | 01-19-2012 | 02-09-2012 | 1 | CNT | 1.00000 | 2,470.00 |

No of days billed 22 Service contract Number NA Route Code M3

| | | Total Due: | 2,470.00 |
|---|---|---|---|

* Service Contract Number:

* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
Account Information:
  Wire Only- ABA: 026009593      Account: 4426928403

# EXHIBIT B



MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## DETENTION INVOICE Number:  5245373421

ACH Only- ABA: 111000012        Account: 4426928403

* If paying by check, please remit payment to:
    Maersk Line
    Attention: Payment Services - 3rd Floor South
    9300 Arrowpoint Blvd
    Charlotte, NC 28273-8136

# MAERSK LINE

| | | |
|---|---|---|
| **NON-NEGOTIABLE WAYBILL** | SCAC | MAEU |
| | B/L. No. | 555708766 |

| | |
|---|---|
| **Shipper**<br>AWADA TRADING CO ATC<br>BEALBAK DOURIS MAIN ROAD<br>KIA MOTORS BLG GR FLR<br>Beirut, 1<br>Lebanon | **Booking No.**<br>555708766 |
| | Sve Contract |
| | **Export references** |

**Consignee**
A1 SPECIALIZED SERVICES
PO BOX 270
CROYDON PA 19021
Croydon
19021
PA

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

**Notify Party**
john A Steer and co. 331 main street Metuchen ,
NJ. 08840. Tel:732 205
8283. Fax:732 205 8328.

Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel<br>MAERSK OHIO | Voyage<br>1202 | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| Port of Loading<br>Jeddah | Port of Discharge<br>Newark | Place of Delivery. Applicable only when document used as Multimodal Waybill<br>Croydon |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
|---|---|---|
| | 16000.000 KGS | 20.0000 CBM |
| 1 Container Said to Contain 5800 PCS<br><br>CATALYTIC CONVERTERS FOR MELTING PURPOSE ONLY.<br>NET WEIGHT : 15200 KGS<br><br>MSKU2513306  ML-SA0622810  20 DRY 8'6  5800 PCS  16000.000 KGS  20.0000 CBM<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT<br>FREIGHT COLLECT<br>CY/SD | | |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1940.00 | Per Container | USD | | 1940.00 |
| Inland Haulage Import | 460.00 | Per Container | USD | | 460.00 |
| Bunker Adjustment Factor | 410.00 | Per Container | USD | | 410.00 |
| Submission of Cargo Declarat | 25.00 | Per Bill of Lading | USD | | 25.00 |
| Handling Charge - Destinatio | 390.00 | Per Container | USD | | 390.00 |
| Detention Charge | | | SAR | | 300.00 |
| Emergency Risk Surcharge | 75.00 | Per Container | USD | | 75.00 |
| Import Intermodal Fuel Surch | 104.00 | Per Container | USD | | 104.00 |

| Carrier's Receipt. Total number of containers or<br>packages received by Carrier.<br>1 container | Place of Issue of Waybill<br>The Woodlands | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
|---|---|---|
| Shipped on Board Date ( Local Time )<br>2011-12-20 | Date Issue of Waybill | |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line

This transport document has one or more numbered pages

**Maersk Agency U.S.A., Inc - Woodlands**
As Agent(s) for the Carrier



EXHIBIT "C"

B/L: 555708766                           Page : 2

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Manual Documentation Process | 25.00 | Per Bill of Lading | USD | | 25.00 |
| Documentation Fee - Origin | 100.00 | Per Bill of Lading | SAR | | 100.00 |
| Port Security Charge - Import | 5.00 | Per Container | USD | | 5.00 |
| Peak Season Surcharge | 300.00 | Per Container | USD | | 300.00 |
| Carrier Security Charge | 9.00 | Per Container | USD | | 9.00 |
| Suez Transit Fee | 25.00 | Per Container | USD | | 25.00 |
| | | | | | |
| Total SAR | | | SAR | | 400.00 |
| | | | | | |
| Total USD | | | USD | | 3768.00 |



Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

# **Original**

## IMPORT INVOICE Number: **5245874657**

| Bill-to Party : | A1 SPECIALIZED SERVICES<br>PO Box 270<br>CROYDON PA 19021 | Invoice Date:<br>Due Date: | 07-12-2012<br>07-12-2012 |
|---|---|---|---|
| | | Payment terms: | Payable immediately |
| Attention of: | ACCOUNTS PAYABLE | | |
| On behalf of : | A1 SPECIALIZED SERVICES<br>PO Box 270<br>CROYDON PA 19021 | Our Contact:<br>Our Telephone: | Wanda Crawford<br>1-800-768-8714 |

Customer No:   USS4018333

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line with below VAT number:
DK53139655 - applicable for exports to or imports from EU shipment (transactions not reported on EC Sales List)
DK12559410 - applicable for intra-EU or outside EU shipment (transactions reported on EC Sales List)

## Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 442.57 |
| 0% Non EU services VAT | 0.00 % | 442.57 | 0.00 |
| **Amount Due** | | | **442.57** |

## Bill of Lading Number: 555708766

| POL: Jeddah | Place of Receipt: Jeddah | Vessel/Voyage: MAERSK OHIO/1202 |
|---|---|---|
| POD: Newark | Place of Delivery: Croydon | |
| ETD: 22-Dec-2011 | ETA: 09-Jan-2012 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Multi Stop Service | 1.000 | BKG | USD | 442.57 | 1.00000 | 442.57 |
| | | | | | **Total Due:** | 442.57 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | MSKU2513306 | 20/8´6/DRY | CY/SD | 19-Dec-2011 |

* Service Contract Number:

* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
Account Information:
Wire Only- ABA: 026009593    Account: 4426928403
ACH Only- ABA: 111000012    Account: 4426928403

EXHIBIT "D"



Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

## IMPORT INVOICE Number:   5245874657

* If paying by check, please remit payment to:
    Maersk Line
    Attention: Payment Services - 3rd Floor South
    9300 Arrowpoint Blvd
    Charlotte, NC 28273-8136
* PCD = Price Calculation Date is the date on which Maersk Line or one of its authorised agent(s) takes possession of the last container listed on the Bill of Lading. Pursuant to the Maersk Line tariff and applicable  law on this invoice Maersk Line charges the rates that were in effect (via contract or Tariff as applicable) on the Price Calculation Date.
* For more information on our surcharges, please visit our website at www.maerskline.com / Services / List of Services, surcharges and fees



Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

**Original**

## DETENTION INVOICE Number: 5246493800

| Bill-to Party : | A1 SPECIALIZED SERVICES<br>PO Box 270<br>CROYDON PA 19021 | Invoice Date:<br>Due Date: | 12-19-2012<br>12-19-2012 |
|---|---|---|---|
| | | Payment terms: | Payable immediately |
| Attention of: | DET/DEM ACCOUNTS PAYABLE | | |
| On behalf of : | A1 SPECIALIZED SERVICES<br>PO Box 270<br>CROYDON PA 19021 | Our Contact:<br>Our Telephone: | Wanda Crawford<br>1-8776999444 |

Customer No:     USS4018333

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line with below VAT number:
DK53139655 - applicable for exports to or imports from EU shipment (transactions not reported on EC Sales List)
DK12559410 - applicable for intra-EU or outside EU shipment (transactions reported on EC Sales List)

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 2,470.00 |
| 0% Non EU services VAT | 0.00 % | 2,470.00 | 0.00 |
| **Amount Due** | | | **2,470.00** |

### Bill of Lading Number: 555708766

| Origin | Destination | Vessel | Voyage |
|---|---|---|---|
| | Place of Delivery: Croydon | | |

| Description | Container | Type | Start | End | Qty | UoM | ROE | Total(USD) |
|---|---|---|---|---|---|---|---|---|
| Freetime | | | 01-19-2012 | 01-25-2012 | 7 | | | |
| Detention | MSKU2513306 | 20 DRY | 01-26-2012 | 07-16-2012 | 1 | CNT | 1.00000 | 21,345.00 |
| Adjustment | | | | | | | | -18,875.00 |

Tier 1: 7 Days x $85.00 = $595.00
Tier 2: 166 Days x $125.00 = $20750.00
Loc: NWKSL - Line: M3
Billable Days: 173

| | Total Due: | 2,470.00 |
|---|---|---|

* Service Contract Number:
* Credit cards are now being accepted for demurrage and detention payments
Demurrage – Simply call the Maersk Release Team at 877-699-9444, option #1
Detention – Simply call the Maersk D&D Team at 877-699-9444, option #5





## DETENTION INVOICE Number:  5246493800

* Electronic payments:
* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.
* Bank: Bank of America
Account Information:
Wire Only- ABA: 026009593 Account: 4426928403
ACH Only- ABA: 111000012 Account: 4426928403
Type of Account: Customer Connections Account
* If paying by check, please remit payment to:
Maersk Agency U.S.A., Inc.
Attention: Payment Services - 3rd Floor South
9300 Arrowpoint Blvd
Charlotte, NC 28273-8136

## MAERSK LINE

| NON-NEGOTIABLE WAYBILL | SCAC | MAEU |
|---|---|---|
| | B/L No. | 863752096 |

**Shipper**
AWADA TRADING CO.
BAALBECK-LEBANON
TEL: 03-815426
FAX: 08-374588

**Booking No.**
863752096

**Export references**

**Svc Contract**
593955

**Consignee**
A1 SPECIALIZED SERVICES&SUPPLIES.inc,
CROYDON,PA 19021,USA 2707
STATE ROAD.CROYDON 19021 PA TEL:215-788-9200
FAX:215-788-9222

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).    To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

**Notify Party**
JOHN A STEER & COMPANY
331 MAIN STREET METUCHEN NJ 088040
TEL:73-220-58283
FAX:73-220-58328

Onward Inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| CAP HARVEY | 214N | |
| **Port of Loading** | **Port of Discharge** | Place of Delivery. Applicable only when document used as Multimodal Waybill |
| Beirut | Newark | Croydon |

### PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 4500 PCS<br><br>SCRAP AUTOMOTIVE CATALYTIC CONVERTERS FOR MELTING PURPOSE ONLY.<br><br>N/M<br><br>MSKU7721600  ML-LB0076752  20 DRY 8'6  4500 PCS  14800.000 KGS  25.0000 CBM<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT<br>FREIGHT PREPAID<br>CY/SD | 14800.000 KGS | 25.0000 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Multi Stop Service | | | USD | | 683.00 |
| Total USD | | | USD | | 683.00 |

| Carrier's Receipt. Total number of containers or packages received by Carrier.<br>1 container | Place of Issue of Waybill<br>Beirut | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt" |
|---|---|---|
| Shipped on Board Date ( Local Time )<br>2012-04-08 | Date Issue of Waybill<br>2012-04-20 | |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$ | | Signed for the Carrier A.P. Møller - Maersk A/S trading as Maersk Line |

Maersk Lebanon sarl
As Agent(s) for the Carrier

EXHIBIT "B"



# MAERSK LINE

Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

## **Original**

## IMPORT INVOICE Number: **5245934961**

| | | | |
|---|---|---|---|
| Bill-to Party : | A1 SPECIALIZED SERVICES<br>PO Box 270<br>CROYDON PA 19021 | Invoice Date:<br>Due Date: | 07-27-2012<br>07-27-2012 |
| | | Payment terms: | Payable immediately |
| Attention of: | ACCOUNTS PAYABLE | | |
| On behalf of : | A1 SPECIALIZED SERVICES<br>PO Box 270<br>CROYDON PA 19021 | Our Contact:<br>Our Telephone: | Wanda Crawford<br>1-800-768-8714 |

Customer No:  USS4018333

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line with below VAT number:
DK53139655 - applicable for exports to or imports from EU shipment (transactions not reported on EC Sales List)
DK12559410 - applicable for intra-EU or outside EU shipment (transactions reported on EC Sales List)

## Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 683.00 |
| 0% Non EU services VAT | 0.00 % | 683.00 | 0.00 |
| **Amount Due** | | | **683.00** |

## Bill of Lading Number: 863752096

| | | |
|---|---|---|
| POL: Beirut | Place of Receipt: Beirut | Vessel/Voyage: MAERSK VIRGINIA/1204 |
| POD: Newark | Place of Delivery: Croydon | |
| ETD: 08-Apr-2012 | ETA: 30-Apr-2012 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Multi Stop Service | 1.000 | BKG | USD | 683.00 | 1.00000 | 683.00 |
| | | | | | **Total Due:** | 683.00 |

| No | Container No | | Service | PCD | |
|---|---|---|---|---|---|
| 1 | MSKU7721600 | 20/8´6/DRY | CY/SD | 31-Mar-2012 | |

\* Service Contract Number: 593955

\* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

\* Bank: Bank of America
   Account Information:
      Wire Only- ABA: 026009593        Account: 4426928403
      ACH Only- ABA: 111000012        Account: 4426928403



EXHIBIT "F"

# MAERSK
# LINE

Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

## IMPORT INVOICE Number:  5245934961

* If paying by check, please remit payment to:
      Maersk Line
      Attention: Payment Services - 3rd Floor South
      9300 Arrowpoint Blvd
      Charlotte, NC 28273-8136
* PCD = Price Calculation Date is the date on which Maersk Line or one of its authorised agent(s) takes possession of the last
container listed on the Bill of Lading. Pursuant to the Maersk Line tariff and applicable  law on this invoice Maersk Line charges
the rates that were in effect (via contract or Tariff as applicable) on the Price Calculation Date.
* For more information on our surcharges, please visit our website at www.maerskline.com / Services / List of Services,
surcharges and fees



**MAERSK
LINE**

Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

**Original**

**DETENTION INVOICE Number:   5245997992**

| | | | |
|---|---|---|---|
| Bill-to Party : | A1 SPECIALIZED SERVICES<br>PO Box 270<br>CROYDON PA 19021 | Invoice Date:<br>Due Date: | 08-14-2012<br>08-14-2012 |
| | | Payment terms: | Payable immediately |
| Attention of: | DET/DEM ACCOUNTS PAYABLE | | |
| On behalf of : | A1 SPECIALIZED SERVICES<br>PO Box 270<br>CROYDON PA 19021 | Our Contact:<br>Our Telephone: | Wanda Crawford<br>1-800-768-8714 |
| Customer No: | USS4018333 | | |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line with below VAT number:
DK53139655 - applicable for exports to or imports from EU shipment (transactions not reported on EC Sales List)
DK12559410 - applicable for intra-EU or outside EU shipment (transactions reported on EC Sales List)

**Total Amount Due**

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 10,220.00 |
| 0% Non EU services VAT | 0.00 % | 10,220.00 | 0.00 |
| **Amount Due** | | | **10,220.00** |

**Bill of Lading Number: 863752096**

| Origin | Destination | Vessel | Voyage |
|---|---|---|---|
| | Place of Delivery: Newark | | |

| Description | Container | Type | Start | End | Qty | UoM | ROE | Total(USD) |
|---|---|---|---|---|---|---|---|---|
| Freetime | | | 05-02-2012 | 05-07-2012 | 6 | | | |
| Detention | MSKU7721600 | 20 DRY | 05-08-2012 | 07-30-2012 | 1 | CNT | 1.00000 | 10,220.00 |

Tier 1: 7 Days x $85.00 = $595.00
Tier 2: 77 Days x $125.00 = $9625.00
Loc: NWKSL - Line: M1 - Contract: 593955
Billable Days: 84

| | |
|---|---|
| **Total Due:** | 10,220.00 |

* Service Contract Number:

* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America



# MAERSK
# LINE

Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

## DETENTION INVOICE Number:  5245997992

Account Information:
    Wire Only- ABA: 026009593        Account: 4426928403
    ACH Only- ABA: 111000012         Account: 4426928403

* If paying by check, please remit payment to:
        Maersk Line
        Attention: Payment Services - 3rd Floor South
        9300 Arrowpoint Blvd
        Charlotte, NC 28273-8136